**Order entered August 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00960-CV

## THE ESTATE OF DONNA CATHERINE MACDONALS, ET AL., Appellants

## V.

## REEDER ROAD SAF-T-LOC, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11296**

## ORDER

We are in receipt of Appellants' August 9, 2016 Notice of Appeal in which they appeal an interlocutory order pursuant to TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4) and request in the alternative for the Court to treat the appeal as an original proceeding should the Court determine the order appealed from is not a temporary mandatory injunction. We have preliminarily determined that the order is subject to interlocutory appeal pursuant to section 51.014(a)(4) and will be treated as an interlocutory appeal. The submissions panel may revisit this determination at the time of submission and consider the appeal at that time as a petition for writ of mandamus without prejudice to appellants. *See CMH Homes v. Perez*, 340 S.W.3d 444, 454 (Tex. 2011) (ordering court of appeals to treat dismissed interlocutory appeal as mandamus proceeding); *Icon Benefit Administrators II, L.P. v. Mullin*, 405 S.W.3d 257, 263 (Tex. App.—

1

Dallas 2013, no pet.) (treating appeal as a petition for writ of mandamus per *CMH Homes*). The appellate record is due to be filed by August 19, 2016. TEX. R. APP. P. 35.1(b).

/s/    ELIZABETH LANG-MIERS
       JUSTICE